■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BROWN, Appellant. [600 NYS2d 117] —Appeal by the defendant from a judgment of the County Court, Nassau County (Jonas, J.), rendered March 24, 1992, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, we find that the prosecutor's references to the crime scene as a high drug area do not warrant reversal *(see, People v Chaitin,* 61 NY2d 683; *People v Kornegay,* 164 AD2d 868). With respect to the defendant's remaining contentions, any errors were harmless in light of the overwhelming evidence of the defendant's guilt *(see, People v Crimmins,* 36 NY2d 230; *People v Brown,* 193 AD2d 612). Mangano, P. J., Rosenblatt, O'Brien and Copertino, JJ., concur.